Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Orlando Division

| | |
|---|---|
| John N. Jonchuck Jr. <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Mark Inch, Former Secretary <br> Correction Officer, Gotto. <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. 6:23-CV-1247-CEM-RMN <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: John N. Jonchuck Jr.
   All other names by which you have been known: 
   ID Number: Y90393
   Current Institution: Wakulla C.I. Annex
   Address: 110 Melaleuca Dr.
   Crawfordville, FL 32327

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Gotto
   Job or Title *(if known)*: Corrections Officer
   Shield Number:
   Employer: Central Florida Reception Center
   Address: 7000 H.C. Kelley Rd.
   Orlando, FL 32831-2518
   [X] Individual capacity   [X] Official capacity

   Defendant No. 2
   Name: Mark Inch
   Job or Title *(if known)*: Former Secretary
   Shield Number:
   Employer: Florida Department of Corrections
   Address: 301 South Calhoun Street
   Tallahassee, FL 32399
   [X] Individual capacity   [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name
  Job or Title (if known)
  Shield Number
  Employer
  Address

  _____ City  _____ State  _____ Zip Code
  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name
  Job or Title (if known)
  Shield Number
  Employer
  Address

  _____ City  _____ State  _____ Zip Code
  ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The Eighth and Fourteenth Amendment Rights were violated.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 11

II.(B)

The Eighth Amendment forbids "Cruel and Unusual Punishment" and Prohibits the use of excessive force and Guard brutality. My rights were violated when officials used unessessary wanton infliction of malicious sadistic force to cause imenent pain, emotional distress physical harm, accompanied by officials, Officers of DOC which is not only outrageous but unconstitutional conduct. "Excessive Force" is any physical contact by guard to cause harm rather then keep order resulting in injury. All my source of right to medical care which was prolonged, denied in aspects which "deliberate indifference" can be proven. American Disabilities Act violated due to mental and physical conditions The 14th Amendment was also violated the Equal Protection Act. Due to the nater of my criminal charge and clearly defined from opposing sides and official ambassadors of the Florida Department of Corrections. Sexual Misconduct took place too by guard to intentionally belittle, demean and scrutinize, as well to inflict and subdue mental and ~~phy~~ psychological harm to muself the inmate.

LEGAL MAIL

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Don't Know

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

The unnecessary excessive force took place at Central Florida Reception Center inside the Infirmary in a cell isolated from everyone else pending DSuch review on the first night of prison

Page 4 of 11

## IV. Statement of Claim:

On April 24th, 2019 at some time three officials approached me and my SHOS cell door located at the time in the infirmary a Central Florida Reception Center. DOC Officer Crotts and (2) other DOC Officials Approached my cell older bearded Hispanic male and the appeared to be African American Black Officer. He was identified as a Sgt. by ranking stripes located on his Gray uniform. Did not remember his Name it was the same Sgt. conducting orientation if I would have made it 24 hrs in prison safely. They stood outside my cell advising me to trade my Blue Uniform for a Self-Harm Observation Gown and cuff up but low and behold this was not routine no verbal order was given the door was rolled and they began to violently assault me calling me "Baby killer." They looked me up and saw my charges in intake which was needed when ask for PM. The whole time they had been profiling. When they rolled my door in Hands was a tase shield which they used on me. I begged and pleaded for them to stop and advised that I was ADA with spinal cord Stimulator. After being struck with force to intentionally administer pain, suffering, with Excessive Force I woke up In a puddle of bloody bile and my ribs, head, and whole body were in severe pain with induced blurred vision No doubt from trauma. I was then dragged to a dry cell and left Naked on a mat for unspecified amounts of time when Medical Staff from Centurion came in with short Bobbed redish-Hair and a fresh butterfly tatoo on her arm with a different Hispanic Bearded Officer (Older) she began her medical exam I was unable to pass neuro exam due to failed completion when she shined a light in my eyes said he need to go to Hospital Definitey Has a concussion. Instead to discuss Doc officer instead throw a picture of Michelle Nichole Kerr on top of me and said you did not deserve her and a beautiful daughter you faggot fucking baby killer and All sudden breath taking blow to the sternum was made with his strike of his leg.

Page #1 of 2

Before throwing up more bile the officer disgraced me one last time he said he should piss down my throat exposing is gentitals to me and shaking them in a sexual Manner he then spit in my mouth. After passing out I awoke to a higher ranked foreign white Shirt Mate talking to other officers about Motorcycle he just purchased I had my eyes almost swelled shut, scrapes, bruising, abraisions and what felt like torn muscles in the left part of my rib cage and abdomen I was in a puddle of Urine he forced me dressed picked me up placed me in wheel chair in protective transfer to one prison but because of my status and injury to me Warden would not except me was varried in NH transport to Lake C.I. Incident Report, Xrays, Photos of Full Body were administed as well full body injury diagrams. Xray of Ribs, Neck, Back, Head were taken Timothy Guy is witness to injuries diagnosed at Lake from officer assault and brutality at (FRC) ~~in which I should be compensated in excess of punitive damages because they took away my ability to defend myself at any time~~ I wish to be compensated in the Amount of US Dollars in the Sum of $1,000,000.00.

Before throwing up bile the officer disgraced me one last time he said he should piss down my throat, exposing his genitals towards me shaking them in a sexually demeaning manner. He then spit at my mouth. After going unconscious I awoke to a higher ranked forigen white shirts Male talking about a motorcycle he just purchased My eyes were swole shut scrapes, bruising, abrasions, thats what felt like torn muscles and brocken bones. I was forced to dress piched up place in a wheelchair in MHealth transfer to another prison believed to be Zephur Hills, I was in such bad shape the Warden would not accept me I was then finally taken to Lake C.I. an Incident report photographs were administered a wall x-ray of head, neck, back chest, ribs were taken. Timothy Gown at Lake was a witness to injuries diagnosed. My medical rights were also compromise due to being an ADA inmate failed to comply with request where radiology myself with the ordering of about Scan. CT.

Page #2 of 2

LEGAL MAIL

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

April 23, 2019 - April 27th, 2019
Between 9:00 am [illegible]

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE Attached forms Exibit (A)

Grievance # 2204-118-056

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. May need to be "Amended" for Accuracy and medical evidence.

Concussion, bruised, brocken, cracked ribs, bruising, swelling, cuts, scrapes, abraisions, neck, back, injuries. Bloody nose, blurred vision. Split lip w/ scar, burn mark from taser.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See Attached Exibit (B)

Prayer for Relief

Page 5 of 11

# VI. RELIEF

## Prayer For Relief

Wherefore, Plaintiff respectfully prays that this court enters judgment granting plaintiff's:

1.) A declaration that the acts and omissions described herein violated Plaintiff's rights under the Constitution and laws of the United States.

2.) A Preliminary and Permanent injunction ordering defendants

3.) $200,000.00 US. Dollars compensatory damages against each defendant, jointly and severally.

4.) Punitive damages in the amount of $75,000.00 us dollars against each defendant.

5.) A jury trial on all issues triable by jury.

6.) Plaintiff's cost of/in this suit.

7.) Any additional relief this court deems just, proper, and equitable.

LEGAL MAIL

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Central Florida Reception Center
7000 H.C. Kelley Rd.
Orlando, Fl 32831-2518

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Wakulla Correctional Institution Annex
   110 Melaleuca Dr.
   Crawfordville, FL 32327

2. What did you claim in your grievance?

   See attached exibit A = Returned formal grievance because it was exausted at an informal level due to approval.

3. What was the result, if any?

   My grievance was approved at an informal level and forwarded to the office of the Inspector General.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   No, Appeal Necessary yes administrative remedies have been exausted.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

    Not Applicable

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    Not Applicable

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    NOT/Applicable

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) __N/A__

    Defendant(s) __N/A__

2. Court *(if federal court, name the district; if state court, name the county and State)*

    __N/A__

3. Docket or index number

    __N/A__

4. Name of Judge assigned to your case

    __N/A__

5. Approximate date of filing lawsuit

    __N/A__

6. Is the case still pending?

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition. __N/A__

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    __N/A__

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No   I don't know may need to amend for accuracy.

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s)   N/A

    Defendant(s)   N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

    N/A

3. Docket or index number

    N/A

4. Name of Judge assigned to your case

    N/A

5. Approximate date of filing lawsuit

    N/A

6. Is the case still pending?

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition   N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    N/A

Page 10 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/17/23

Signature of Plaintiff: *John N. Jonchuck Jr.*
Printed Name of Plaintiff: John N. Jonchuck Jr.
Prison Identification #: V90393
Prison Address: Wakulla C.I. Annex - 110 Melaleuca Dr.
Crawfordville, FL 32327

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____

Page 11 of 11